**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-2114**

PHENROY DAY,

　　　　　　Plaintiff - Appellant,

　　　v.

MR. & MRS. LISA YEATTS; MR. & MRS. CANNY; MR. & MRS. ANGELA
TAYLOR,

　　　　　　Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.　Rebecca Beach Smith,
District Judge. (4:12-cv-00127-RBS-FBS)

Submitted: November 13, 2012　　　Decided: November 15, 2012

Before NIEMEYER, GREGORY, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Phenroy Day, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phenroy Day appeals the district court's order dismissing his civil action as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Day v. Yeatts, No. 4:12-cv-00127-RBS-FBS (E.D. Va. Aug. 14, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED